UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| | : | |
| Deodato Chiropractic, LLC | : | Chapter 7 |
| | : | |
| Debtor | : | Case No.: 25-12741-DJB |

### ORDER GRANTING DEBTOR'S MOTION TO OPEN AND AMEND VOLUNTARY PETITION

AND NOW, this _____ day of _____, 2026 upon consideration of the Motion of Brad J. Sadek to Open the Chapter 7 Bankruptcy matter and amending the filed voluntary petition it is hereby;

ORDERED that the instant Chapter 7 Bankruptcy may be opened for the purposes of amending the filed voluntary petition, and;

XXXXXXXXXXXXXX~~FURTHER ORDERED~~:

**Date: July 6, 2026**

_____
Judge Derek J. Baker